JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

USDC No.:  5:22-cv-00470-JVS

**HAVASU LAKESHORE INVESTMENTS, LLC,**
Appellant,

v.

**TERRY LEE FLEMING, JR.,**
Appellee.

Bankruptcy No. 6:17-BK-19513-WJ
Chapter 11

Adversary Proc. No. 6:19-AP- 01108-WJ

**ORDER ON STIPULATION RE:
VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE [26]**

Grant G. Teeple, Esq. (144760)
grant@teeplehall.com
Frederick M. Reich, Esq. (157028)
fritz@teeplehall.com
**TEEPLE HALL, LLP**
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone:   858.622.7878
Facsimile:    858.622.0411

Martin A. Eliopulos, Esq. (149299)
elio@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, CA 92101
Telephone:   619.236.1551
Facsimile:    619.696.1410

Attorneys for Appellant,
HAVASU LAKESHORE INVESTMENTS, LLC

1

11550549.1

The Court, having read and considered the Stipulation re: Voluntary Dismissal of Appeal With Prejudice (the "Stipulation") filed by Appellant, HAVASU LAKESHORE INVESTMENTS, LLC ("HLI" or "Appellant") and signed by both parties to the above-referenced Appeal (the "Appeal"), Appellant and Respondent, TERRY FLEMING, JR. ("Fleming Jr." or "Respondent"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1.  The Stipulation complies with Fed. R. Bank. P. 8023 and is hereby APPROVED; and;

2.  The Appeal is hereby DISMISSED, with prejudice, with each party to bear its or his own fees and costs incurred on appeal.

DATED: March 16, 2023

_____
Hon. James V. Selna
U.S. District Judge

11550549.1